# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Darin Schilmiller<br><br>*Defendant(s)* | )<br>)<br>) Case No: 3:19-mj-00235-DMS.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2019__ in the county of __June 4, 2019__ in the _____ District of __Alaska and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |
| 18 U.S.C. § 2252(a)(2) | Attempted Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Jessical Hais

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JESSICA HAIS, Special Agent, FBI
*Printed name and title*

Sworn to telephonically and signed electronically.

Date: __June 8, 2019__

_____
*Judge's signature*

City and state: __Anchorage, Alaska__

MATTHEW M. SCOBLE, U.S. Magistrate
*Printed name and title*