# UNITED STATES DISTRICT COURT
## for the
## District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case Number: 3:19-CR-00058-SLG-DMS |
| | ) |
| DARIN SCHILMILLER | ) |
| *Defendant* | ) |

**RECEIVED JUN 21 2019 United States Marshals Service District of Alaska**

USMS-D/ALASKA-WARRANTS
FID# 109 04 363
WARRANT # 1906-0621-0547-J
Entered NCIC No
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DARIN SCHILMILLER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:2251(a)(1) and (e) CONSPIRACY TO PRODUCE CHILD PORNOGRAPHY – Count 1
18:2251(a)(1) and (e) PRODUCTION OF CHILD PORNOGRAPHY – Count 2
18:2252(a)(2) and (b)(1) RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY – Count 3
18:2422(b) COERCION AND ENTICEMENT OF A MINOR – Count 5

Date: June 20, 2019     By: _____, Deputy Clerk
                                *Issuing officer's signature*

City and state: Anchorage, Alaska     Lesley K. Allen, District Court Executive/Clerk of Court
                                      *Printed name and title*

### Return

This warrant was received on *(date)* 6/21/2019, and the person was arrested on *(date)* 6/21/2019
at *(city and state)* New Albany, Indiana.

Date: 6/21/2019     _____
                    *Arresting officer's signature*

                    DUSM B. BARNES
                    *Printed name and title*