THE LAW OFFICE OF BRIAN HEADY, LLC
Brian D. Heady
205 E. Benson Blvd., Suite 102
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
bheady@headylawoffice.com
Attorney for Defendant, Darin Schilmiller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DARIN SCHILMILLER, et al,  )<br>  )<br>          Defendant.  )<br>_____) | **STATUS REPORT**<br><br><br><br><br><br><br><br>Case No. 3:19-cr-00058-SLG-DMS |

Brian Heady, of The Law Office of Brian Heady, LLC, hereby submits this Status Report on behalf of the parties to this matter.

At this point in time, the trial date and the motions deadline should remain as scheduled. These dates may change, however, depending upon the timing of Dr. Smith's ability to meet with Mr. Schilmiller a final time and prepare his report.

Respectfully submitted this 9th day of April 2021 at Anchorage, Alaska.

                                            s/Brian D. Heady
                                            Attorney for Defendant Darin Schilmiller
                                            Alaska Bar No. 0709051

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, a copy of the foregoing was served electronically on

Kyle Reardon, AUSA
Michelle Nesbett

s/ Brian D. Heady