THE LAW OFFICE OF BRIAN HEADY, INC.
Brian D. Heady
205 E. Benson Blvd., Suite 102
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
bheady@headylawoffice.com
Attorney for Defendant, Darin Schilmiller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| DARIN SCHILMILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Case No. 3:19-cr-00058-RRB |

Darin Schilmiller, by and through his CJA appointed counsel, Brian Heady, appeals to the United States Court of Appeals for the Ninth Circuit from the:

Conviction and Sentence.

Judgment was entered in this action on August 21, 2024.

Defendant received a sentence of 360 months on Count 1 of the First Superseding Indictment.

*Brian Heady will not represent Mr. Schilmiller on appeal.* Accordingly, Mr. Schilmiller requests that counsel be promptly appointed to represent Mr. Schilmiller on

appeal following the docketing of this matter in the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted this 30th day of August 2024 at Anchorage, Alaska.

s/Brian D. Heady
Attorney for Defendant Darin Schilmiller
Alaska Bar No. 0709051

**CERTIFICATE OF SERVICE**
I hereby certify that on Augus 30, 2024, copy of the foregoing was served electronically on

Adam Alexander AUSA

s/ Brian D. Heady